IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0518

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                 O R D E R

MATTHEW GLEN HOTCHKISS,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 16 2020